3rd Circuit Court of Appeal
Press Release
Rehearing Actions - Both Civil & Criminal Cases
FROM 01/08/18  To 01/08/18

**THE APPEALS LISTED HEREIN ARE
NOW FINAL IN THIS COURT AND
MAY BE RELEASED FOR PUBLICATION.**

**\*\*\*PLEASE NOTE:  Not all
opinions are designated for
publication.\*\*\***

**Stephanie Armentor, Deputy Clerk**


CW 17 01122
    IRMA EDISON
    VERSUS
    STATE OF LOUISIANA, DEPT. OF TRANSPORTATION & DEVELOPMENT,
    ET AL.

 Trial Court:            Avoyelles
                         Twelfth Judicial District Court
 Trial Court Number:     2008-2661, Div. B
 Trial Judge: Hon. William Bennett

 Ruling Rendered on: 12/22/17 – Writ Ruling Rendered
    The Ruling – Stay Denied.  Writ Granted and Made Peremptory.
    The Ruling was not published
      Writ Panel:
        Hon. John E. Conery -  - For
        Hon. Van H. Kyzar -  - For
        Hon. Candyce G. Perret -  - For
A rehearing application was filed on: 01/05/18
    POST MARK TIMELY on 01/04/18
    Participant filing rehearing application:
      Irma Edison
    Rehearing Action was not published
    The rehearing action was: DENIED on 01/08/18
    The rehearing panel:
        Hon. John E. Conery -  - For
        Hon. Van H. Kyzar -  - For
        Hon. Candyce G. Perret -  - For